IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Aisha Springs,

    Plaintiff(s).

vs.

Hamilton County Children Services, et al.,

    Defendant(s).

Case Number: 1:17cv204

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 30, 2017 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 13, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is hereby DISMISSED with prejudice for lack of federal jurisdiction and failure to state a claim.

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Judge Susan J. Dlott
          United States District Court